IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 12-cr-026-JJM |
| WARD PETTIBONE, Defendant. | ) |

### ORDER

Ward Pettibone was required to register as a tier-I sex offender for 15 years under 34 U.S.C. § 20915(a)(1) ("SORNA" – the Sex Offender Registration and Notification Act) after this Court sentenced him on August 3, 2012 to time served followed by ten years of supervised release, with strict special conditions, after he plead guilty to possession of child pornography in violation of 28 U.S.C. § 2252(a)(4)(B) and (b)(2).

SORNA also provides that the registration period "shall be reduced" by 5 years when a tier-I sex offender maintains a "clear record" for 10 years. 34 U.S.C. § 20915(b)(1). The statute defines a "clear record" as: (A) not being convicted of any offense for which imprisonment for more than 1 year may be imposed; (B) not being convicted of any sex offense; (C) successfully completing any periods of supervised release, probation, and parole; and (D) successfully completing an appropriate sex offender treatment program certified by a jurisdiction or by the Attorney General. 34 U.S.C. § 20915(b)(1).

The evidence before the Court is that Mr. Pettibone has met all four criteria for the statutorily mandated reduction in registration obligation. Therefore, under

the statute, the Court GRANTS Mr. Pettibone's Motion and ORDERS that his registration requirement is reduced to ten years.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*
_____
John J. McConnell, Jr.
United States District Judge

March 4, 2026